JS-6

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 WENJING WANG, | Case No. 2:25-cv-06965-FLA (MARx) |
| 12                     Plaintiff, | **ORDER DISMISSING ACTION** |
| 13        v. | **[DKT. 8]** |
| 14 DAVID M. RADEL, | |
| 15 | |
| 16                     Defendant. | |
| 17 | |

18
19
20

21        On September 22, 2025, the parties filed a stipulation ("Stipulation") to stay the

22 action pending adjudication of Plaintiff Wenjing Wang's ("Plaintiff") I-589 Application

23 for Asylum and Withholding of Removal ("Application") by the United States

24 Citizenship and Immigration Services ("USCIS").  Dkt. 8.  The parties have agreed

25 USCIS will interview Plaintiff on October 9, 2025, and Defendant David M. Radel will

26 diligently work towards completing adjudication within 120 days of Plaintiff's interview

27 date, absent unforeseen or exceptional circumstances that would require additional time

28 to complete adjudication.  *Id*. at 2.

Having reviewed and considered the Stipulation, and finding good cause therefor, the court hereby ORDERS:

1. All deadlines governing this action are VACATED.

2. The court DISMISSES the action without prejudice. The court retains jurisdiction to vacate this Order and to reopen the action on or before December 12, 2025, provided any request by a party to do so shall make a showing of good cause as to why adjudication of Plaintiff's application has not been completed within time allowed, what further proceedings or actions are necessary, and when the party making such a request reasonably expects the proceedings or actions to be concluded.

3. This Order does not preclude the filing of a stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41, which does not require approval of the court. Such stipulation shall be filed within the time allowed, or by such later date ordered by the court pursuant to a stipulation by the parties that conforms to the requirements of a showing of good cause stated above.

IT IS SO ORDERED.

Dated: September 23, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge